**Porter Foster SILVEY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28392.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**James B. BARNETTE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28367.

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

This is a conviction for the felony offense of swindling by worthless check, with punishment assessed at two years in the penitentiary.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.